**ANDREW FISHKIN, ESQ.**
**CBN 237845**
**LAW OFFICE OF ANDREW J. FISHKIN,P.C.**
**1215 "L" STREET**
**BAKERSFIELD, CA  93301**
**info@lawyerfish. com**
**Tel:    661-322-6776**
**Fax:    661-322-6770**


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.:  1:11-CR-00104-AWI-1** |
| **Plaintiff,** | **ORDER** |
| **vs.** | **Old Date :    October 24, 2011** |
| | **Old Time:    9:00 a.m.** |
| **BRAVO-BRAVO, JORGE** | |
| | **New Date :    December 12, 2011** |
| **Defendant.** | **New Time:    9:00 a.m.** |
| | **Courtroom: Two** |
| | **(Hon. Anthony W. Ishii)** |

<u>**ORDER**</u>

The court has reviewed and considered the stipulation of the parties to continue the Status Conference hearing date in this case.  It is ordered that, based on the grounds set forth in the stipulation, the Status Conference hearing is continued from October 24, 2011 to December 12, 2011, at 9:00 a.m.


IT IS SO ORDERED.

Dated:   October 6, 2011     _____

CHIEF UNITED STATES DISTRICT JUDGE