BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JORGE BRAVO-BRAVO,<br><br>        Defendant. | 1:11-cr-0104 AWI<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

Defendant JORGE BRAVO-BRAVO, by and through his attorney, W. ANDREW JEFFREY FISHKIN, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the February 13, 2012, hearing date, set in this matter, and reset the matter for March 12, 2012, at 10:00 a.m.

2. The parties stipulate that the continuance is necessary to pursue plea negotiations, which recently commenced following completion of a defense investigation of a related matter in United States v. Jorge Bravo-Bravo, aka Jesus Andrade Perez,

1

3:98CR68 MA, in the District of Oregon.

3. The parties further stipulate that time should be excluded in the interest of justice.

DATED: February 7, 2012                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney


/s/ Andrew Jeffrey Fishkin
                    ANDREW
JEFFREY FISHKIN
Attorney for Defendant
JORGE BRAVO-BRAVO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of February 13, 2012, at 10 a.m., is hereby vacated in this matter and is reset for March 12, 2012, at 10:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties the opportunity to pursue plea negotiations.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:      February 8, 2012
                                           CHIEF UNITED STATES DISTRICT JUDGE